1   R. PARKER WHITE
    State Bar No. 95579
2   **POSWALL, WHITE & CUTLER**
    1001 G Street, Suite 301
3   Sacramento, California 95814
    Telephone: (916) 449-1300
4

5   Attorneys for Petitioner

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  RONALD W. RUSSELL, JR. (CDC # B-    )    CASE NO.  2:05-CV-01314-MCE-PAN
    65167),                             )
12                                      )    **PETITIONER'S REQUEST FOR**
                   Petitioner,          )    **EXTENSION AND ORDER THEREON**
13                                      )
           v.                           )
14                                      )
    MARGARITA E. PEREZ, Chairperson     )
15  of the Board of Prison Terms; JEANNE)
    S. WOODFORD, Director of            )
16  Corrections; KATHY MENDOZA-         )
    POWERS, Warden, Avenal State        )
17  Prison,                             )
                                        )
18                 Respondents.         )
                                        )
19

20

21         Petitioner, RONALD W. RUSSELL, JR., hereby requests an extension of time

22  within which to file an amended petition as ordered in the Court's Order filed April 19,

23  2006.  This request is based on the fact that petitioner's counsel will be withdrawing as

24  counsel of record of petitioner in this matter and petitioner therefore needs to retain new

25  counsel.  Accordingly, petitioner respectfully requests a 30 day extension to file an

26  ///

27  ///

28  ///

1 | amended petition.

2 | Dated: May 15, 2006                                    **POSWALL, WHITE & CUTLER**

3

4 |                                                        By____/s/ R. Parker White_____
                                                              R. PARKER WHITE

5

6 |                                            **ORDER**

7 |         Based on the foregoing and good cause appearing, petitioner, RONALD W.

8 | RUSSELL, JR., is granted a 30 day extension within which to file an amended petition.

9 | Therefore, petitioner must file his amended petition no later than June 19, 2006.

10 |         IT IS SO ORDERED.

11 | Dated: May 16, 2006.

12

13 |                                        UNITED STATES MAGISTRATE JUDGE

14

15 | \004
     \russ1314.36
16

17

18

19

20

21

22

23

24

25

26

27

28

PETITIONER'S REQUEST FOR EXTENSION AND ORDER THEREON
CASE NO.  2:05-CV-01314-MCE-PAN