IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD W. RUSSELL, Jr.,

      Petitioner,                    No. CIV S-05-1314 MCE PAN P

    vs.

MARGARITA E. PEREZ, et al.,

      Respondents.               ORDER

_____/

        Petitioner seeks an extension of time to demonstrate he has exhausted available state remedies pursuant to the order of April 19, 2006.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's May 18, 2006, request for an extension of time is granted; and

        2. Petitioner has 45 from the date of this order to demonstrate he has exhausted available state remedies.

DATED: May 24, 2006.

                                                        UNITED STATES MAGISTRATE JUDGE

/mp/004
russ1314.111