IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD W. RUSSELL, JR.,

    Petitioner,                          No. CIV S-05-1314 MCE PAN P

    vs.

MARGARITA E. PEREZ, et al.,

    Respondents.                       <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed April 19, 2006, petitioner was directed to demonstrate, within thirty days, that he has exhausted available state remedies with respect to his claim that the failure to release petitioner to parole violates due process. On May 15, 1006, counsel for petitioner filed a request for extension of time to file an amended petition and noted that petitioner's counsel would be withdrawing as counsel of record for petitioner and petitioner would need to retain new counsel. By order filed May 17, 2006, petitioner was granted an additional thirty days in which to file an amended petition. On May 26, 2006, petitioner was granted 45 days in which to demonstrate he has exhausted available state remedies.

/////

1

1    However, to date, petitioner's counsel has not filed a motion to withdraw.  On
2 July 21, 2006, petitioner personally filed a document entitled "Notice of Withdrawal of counsel
3 of record for petitioner," but said notice is not signed by counsel for petitioner.  "[A]n attorney
4 who has appeared may not withdraw leaving the client in propria persona without leave of court
5 upon noticed motion and notice to the client and all other parties who have appeared."  Local
6 Rule 83-182(d).

7    Because petitioner is still formally represented by counsel herein, the court will
8 deny, without prejudice, petitioner's June 19, 2006, motion to amend and his July 21, 2006
9 request for extension of time.  Petitioner will be granted one final extension of time to
10 demonstrate he has exhausted his state court remedies with respect to his claim that the failure to
11 release petitioner to parole violates due process.  (See April 19, 2006 Order.)  Petitioner is
12 cautioned that failure to comply with this order will result in a recommendation that this action
13 be dismissed.

14    Accordingly, IT IS HEREBY ORDERED that:

15    1. Petitioner's June 19, 2006 motion to amend and July 21, 2006 request for
16 extension of time are denied without prejudice;

17    2. Petitioner is granted thirty days from the date of this order to demonstrate
18 exhaustion pursuant to this court's April 19, 2006 order; and

19    3. The Clerk of the Court is directed to serve a copy of this order on both
20 petitioner and his attorney of record:

21        Ronald W. Russell, Jr.,
         B-65167
22       Avenal State Prison
         1 Kings Way
23       P.O. Box 9
         Avenal, CA  94815
24

25 /////

26 /////

1  R. Parker White
   Poswall White Kouyoumdjian and Cutler
2  1001 G Street, Suite 301
   Sacramento, CA  95814
3
   DATED:   July 26, 2006.
4

5                                                  _____
6                                                  UNITED STATES MAGISTRATE JUDGE
7
   /001; russ1314.ext
8

3