1    R. PARKER WHITE
     State Bar No. 95579
2    **POSWALL, WHITE & CUTLER**
     1001 G Street, Suite 301
3    Sacramento, California 95814
     Telephone: (916) 449-1300
4

5    Attorneys for Petitioner

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   RONALD W. RUSSELL, JR. (CDC # B-      )     CASE NO.  2:05-CV-01314-MCE-EFB
     65167),                                )
12                                          )     **STIPULATION RE: REQUEST FOR**
                    Petitioner,             )     **LEAVE OF COURT TO WITHDRAW**
13                                          )     **AS COUNSEL OF RECORD AND**
             v.                             )     **ORDER THEREON**
14                                          )
     MARGARITA E. PEREZ, Chairperson        )
15   of the Board of Prison Terms; JEANNE   )
     S. WOODFORD, Director of               )
16   Corrections; KATHY MENDOZA-            )
     POWERS, Warden, Avenal State           )
17   Prison,                                )
                                            )
18                  Respondents.            )
                                            )
19   _____   )

20         IT IS HEREBY STIPULATED AND AGREED by and between Petitioner,

21   RONALD W. RUSSELL, JR., and Petitioner's counsel, R. PARKER WHITE, that Mr.

22   White be granted leave to withdraw as counsel of record for Petitioner in the above-

23   captioned matter.  Petitioner will proceed in the action in Propria Persona.  Petitioner's

24   mailing address is as follows:

25         Ronald W. Russell, II
           Avenal State Prison
26         1 Kings Way
           P.O. Box 9
27         B-65167 / 110-2-11U
           Avenal, CA  93204

28

---

1  Petitioner does not have a telephone number.

2  Dated:  August 24, 2006                    **POSWALL, WHITE & CUTLER**

3

4                                             By   /s/ R. Parker White
                                                   R. PARKER WHITE
5

6  Dated: August 30, 2006                     By   /s/ Ronald W. Russell, Jr.
                                                   RONALD W. RUSSELL, JR.
7                                                  Petitioner

8

9                                    <u>ORDER</u>

10       Based upon the foregoing and for good cause appearing therefor,

11       IT IS HEREBY ORDERED THAT:

12       Attorney, R. PARKER WHITE, be relieved as counsel of record for Petitioner,

13  RONALD W. RUSSELL, JR.  Petitioner is now in Propria Persona.

14       IT IS SO ORDERED.

15  Dated: September 14, 2006.

16                                    UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: REQUEST FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL OF RECORD AND ORDER THEREON
CASE NO.  2:05-CV-01314-MCE-EFB